FOURTH DEPARTMENT, APRIL, 2011

(April 29, 2011)*

■ In the Matter of CHRISTOPHER J. CHADICK, an Attorney, Respondent. GRIEVANCE COMMITTEE OF THE FIFTH JUDICIAL DISTRICT, Petitioner. [944 NYS2d 712]—A certified copy of a transcript of a jury verdict having been filed, showing that Christopher J. Chadick was convicted of scheme to defraud in the first degree, he is disbarred and his name is stricken from the roll of attorneys. Present—Smith, J.P., Fahey, Carni, Sconiers and Gorski, JJ. (Filed Apr. 6, 2011.)

---

* Not published with other Fourth Department decisions of April 29, 2011.